NELSON A. LEE *vs.* DEXTER PARRETT and another.

June 29, 1878.

Justice of Peace—Appeal—Jurisdiction.—Where an appeal is taken from a
justice of the peace to the district court, upon questions of law and fact,
and the case there tried, and judgment entered therein without objection,
the jurisdiction of the district court is complete, even though the jus-
tice had no jurisdiction for the reason that the amount in controversy
exceeded one hundred dollars.

Appeal by plaintiff from a judgment of the district court for
Mower county, entered on the report of a referee, in an action
of replevin, commenced in a justice's court.

*J. Q. & J. D. Farmer,* for appellant.

*C. J. Shortt,* for respondents.

BERRY, J.   This case came into the district court for Mower
county upon appeal, upon questions of law and fact, from a
judgment of a justice of the peace.   In pursuance of a stipu-
lation of the parties, and by order of the court, it was sent to
a referee, for a trial and determination of the issues therein.
Having heard the case, the referee reported a judgment in
favor of defendants.   From the judgment entered in accord-
ance with the report, the plaintiff appeals to this court.   The
only point made in support of the appeal is, that the justice
had no jurisdiction of the action brought before him, because
the amount in controversy therein exceeded one hundred dol-
lars, and that, therefore, the district court acquired no juris-
diction through the appeal.   Whether the objection to the
jurisdiction of the justice would have been valid or not, if it
had been seasonably and properly taken, we need not inquire.
No objection appears to have been taken to the jurisdiction of
the district court until the case reached this court.   The case
was one of which the district court could acquire complete
jurisdiction by the voluntary appearance of the parties, and
their voluntary submission of the matters in controversy
between them to its adjudication.   That is precisely what was

done in this case, and the effect was to confer upon the district court complete jurisdiction to render the judgment appealed from.

Judgment affirmed.